A CERTIFIED TRUE COPY
ATTEST

By Teresa Bishop on Jan 27, 2009

FOR THE UNITED STATES
JUDICIAL PANEL ON
MULTIDISTRICT LITIGATION

# E-filing

UNITED STATES
JUDICIAL PANEL ON
MULTIDISTRICT LITIGATION

**UNITED STATES JUDICIAL PANEL**
**on**
**MULTIDISTRICT LITIGATION**

**Jan 09, 2009**

FILED
CLERK'S OFFICE

**IN RE: ASBESTOS PRODUCTS LIABILITY**
**LITIGATION (NO. VI)**

C 08 · 4926 EDL

(SEE ATTACHED SCHEDULE)

MDL No. 875
FILED

FEB 1 0 2009

**CONDITIONAL TRANSFER ORDER (CTO-318)**

RICHARD W. WIEKING
CLERK, U.S. DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA

On July 29, 1991, the Panel transferred 21,937 civil actions to the United States District Court for the Eastern District of Pennsylvania for coordinated or consolidated pretrial proceedings pursuant to 28 U.S.C. § 1407. *See* 771 F.Supp. 415 (J.P.M.L. 1991). Since that time, 83,678 additional actions have been transferred to the Eastern District of Pennsylvania. With the consent of that court, all such actions have been assigned to the Honorable Eduardo C. Robreno.

It appears that the actions on this conditional transfer order involve questions of fact that are common to the actions previously transferred to the Eastern District of Pennsylvania and assigned to Judge Robreno.

Pursuant to Rule 7.4 of the Rules of Procedure of the Judicial Panel on Multidistrict Litigation, 199 F.R.D. 425, 435-36 (2001), these actions are transferred under 28 U.S.C. § 1407 to the Eastern District of Pennsylvania for the reasons stated in the order of July 29, 1991, and, with the consent of that court, assigned to the Honorable Eduardo C. Robreno.

This order does not become effective until it is filed in the Office of the Clerk of the United States District Court for the Eastern District of Pennsylvania. The transmittal of this order to said Clerk shall be stayed 15 days from the entry thereof. If any party files a notice of opposition with the Clerk of the Panel within this 15-day period, the stay will be continued until further order of the Panel.

FOR THE PANEL:

Jeffery N. Lüthi

Clerk of the Panel

Inasmuch as no objection is
pending at this time, the
stay is lifted.

**Jan 27, 2009**

CLERK'S OFFICE
UNITED STATES
JUDICIAL PANEL ON
MULTIDISTRICT LITIGATION

A TRUE COPY CERTIFIED TO FROM THE RECORD

DATED: 1/29/09

ATTEST: Tom Dempsey

DEPUTY CLERK, UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF PENNSYLVANIA

**IN RE: ASBESTOS PRODUCTS LIABILITY
LITIGATION (NO. VI)**                                    MDL No. 875

## SCHEDULE CTO-318 - TAG-ALONG ACTIONS

**DIST. DIV. C.A. #**          **CASE CAPTION**

CALIFORNIA CENTRAL
~~CAC 2 08-7434~~          ~~Carol S. Dudash, et al. v. Alstom Power, Inc., et al.~~
                          **Opposed 1/26/09**
~~CAC 2 08-7548~~          ~~John Lusk, et al. v. A.B. Boyd Co., et al.~~ **Opposed 1/26/09**

CALIFORNIA NORTHERN
~~CAN 3 08-3013~~          ~~Jeri Redman, et al. v. A.W. Chesterton Co., Inc., et al.~~
                          **Opposed 1/26/09**
CAN 3  08-4380            Elmoyne Holbrook, et al. v. General Electric Co., et al.
CAN 3  08-4381            Theoni Salcedo, et al. v. Newport News Shipbuilding & Dry Dock
                          Co., et al.
CAN 3  08-4400            Clark Ogle, et al. v. General Electric Co., et al.
CAN 3  08-4401            Albert Hutto, et al. v. General Electric Co., et al.
CAN 3  08-4415            Larry Yabarra, et al. v. General Electric Co., et al.
~~CAN 3 08-4416~~          ~~John Koloen, et al. v. General Electric Co., et al.~~ **Opposed 1/27/09**
CAN 3  08-4461            Joseph Murray, et al. v. General Electric Co., et al.
CAN 3  08-4489            Daniel Tarbell, Sr., et al. v. Kaiser Ventures, LLC, et al.
CAN 3  08-4490            Thomas Huff, et al. v. Kaiser Ventures, LLC, et al.
CAN 3  08-4656            Brenda Lunsford, et al. v. General Electric Co.
CAN 3  08-4926            Cleo Ann Conner, et al. v. General Electric Co., et al.
CAN 3  08-5185            Dennis Morillas, et al. v. General Electric Co.
CAN 3  08-5212            Sheila Correia, et al. v. Newport News Shipbuilding & Dry Dock
                          Co.
~~CAN 3 08-5260~~          ~~David Sanborn, et al. v. Asbestos Corp., Ltd., et al.~~
                          **Opposed 1/26/09**
CAN 4  08-4925            Patsy Rood, etc. v. General Electric Co., et al.
CAN 4  08-5015            Dorothy Seltmann, et al. v. A.W. Chesterton Co., et al.

CONNECTICUT
CT 3  07-1359            Lionel J. Despres, et al. v. Ampco-Pittsburgh Corp., et al.
CT 3  07-1912            Hope Olivar, etc. v. Buffalo Pumps, Inc., et al.
CT 3  08-116             Dorothy DeMatties, etc. v. Acmat Corp., et al.
CT 3  08-707             Richard Carroll, et al. v. Buffalo Pumps, Inc., et al.
CT 3  08-1479            Robert I. Hayford, Jr., et al. v. Buffalo Pumps, Inc., et al.

**MDL No. 875 - Schedule CTO-318 Tag-Along Actions (Continued)**

DELAWARE
DE 1 08-624          Herbert Pease v. A.W. Chesterton Co., Inc., et al.
DE 1 08-912          Jacqueline Snyder, etc. v. A.O. Smith Corp., et al.

FLORIDA NORTHERN
FLN 1 08-206          John Delatte, et al. v. A.W. Chesterton Co., Inc., et al.

ILLINOIS NORTHERN
ILN 1 08-5754          Marlene Woods, etc. v. CBS Corp., et al.

ILLINOIS SOUTHERN
~~ILS 3 08-755~~          ~~Arvid Johnson, et al. v. Foster Wheeler Energy Corp., et al.~~
                     **Vacated 1/23/09**

LOUISIANA EASTERN
~~LAE 2 08-4203~~          ~~Walter McDonald, et al. v. Crowley Maritime Corp., et al.~~
                     **Opposed 1/27/09**
~~LAE 2 08-4204~~          ~~Clarence Scott Wren, Sr. v. Cooper/T. Smith Stevedoring, Inc., et~~
                     ~~al.~~     **Opposed 1/27/09**

LOUISIANA WESTERN
LAW 5 08-1341          Joan Montalbano, et al. v. Crown Cork & Seal Co., Inc.

MICHIGAN EASTERN
MIE 2 91-72030          Alfonso Estrada, et al. v. ACandS, Inc., et al.
MIE 2 91-72171          Robert H. Middleton, et al. v. ACandS, Inc., et al.
~~MIE 2 08-14920~~          ~~Garry Turner v. Grand Trunk Western Railroad, Inc.~~
                     **Opposed 1/27/09**

MINNESOTA
MN 0 08-1417          Marvin Gurewitz, etc. v. American Standard, Inc., et al.
MN 0 08-6301          Marvin Dunlap, et al. v. Soo Line Railroad Co.

NORTH CAROLINA EASTERN
NCE 2 08-31          Jerome Bowen Blake v. Anchor Packing Co., et al.
NCE 4 08-118          Harvey Worthington Turnage, Jr., et al. v. Anchor Packing Co., et
                     al.
NCE 4 08-137          Diane Schechter, etc. v. Anchor Packing Co., et al.
NCE 5 08-378          Jessie Darquenne Ashley, etc. v. Anchor Packing Co., et al.
NCE 7 08-106          George N. White, Jr., et al. v. Aqua-Chem, Inc., et al.
NCE 7 08-112          Russell Jay Aderhold, et al. v. Aqua-Chem, Inc., et al.
NCE 7 08-138          David W. Williams, et al. v. Aqua-Chem, Inc., et al.
NCE 7 08-150          Norwood Shelton Wood, et al. v. Anchor Packing Co., et al.

**MDL No. 875 - Schedule CTO-318 Tag-Along Actions (Continued)**

NORTH CAROLINA MIDDLE

| | | | |
|---|---|---|---|
| NCM | 1 | 08-697 | Donald Ray Clark v. Aqua-Chem, Inc., et al. |
| NCM | 1 | 08-708 | Douglas I. Grandy, et al. v. Aqua-Chem, Inc., et al. |
| NCM | 1 | 08-709 | Terry W. Wyrick, et al. v. Aqua-Chem, Inc., et al. |
| NCM | 1 | 08-764 | Rosa Lee Manning, et al. v. Aqua-Chem, Inc., et al. |
| NCM | 1 | 08-765 | Thomas C. Purdy, et al. v. Aqua-Chem, Inc., et al. |
| NCM | 1 | 08-783 | Jimmie Lee Thompson, Sr. v. Aqua-Chem, Inc., et al. |
| NCM | 1 | 08-784 | Cary Brown Murphy, et al. v. Aqua-Chem, Inc., et al. |
| NCM | 1 | 08-893 | Gary Wade Shue, etc. v. Aqua-Chem, Inc., et al. |

NORTH CAROLINA WESTERN

| | | | |
|---|---|---|---|
| NCW | 1 | 07-383 | Jackie C. Laney, et al. v. A.W. Chesterton Co., Inc., et al. |
| NCW | 1 | 08-478 | William M. Hamrick, Sr., et al. v. Aqua-Chem, Inc., et al. |
| NCW | 1 | 08-479 | Murray D. Washam, et al. v. Aqua-Chem, Inc., et al. |
| NCW | 1 | 08-480 | Bennie G. Pryor, et al. v. Aqua-Chem, Inc., et al. |
| NCW | 1 | 08-481 | Brenda T. Fuller, et al. v. Aqua-Chem, Inc., et al. |
| NCW | 1 | 08-486 | Dennis W. Richard, et al. v. Aqua-Chem, Inc., et al. |
| NCW | 1 | 08-487 | Linda K. Burrell, etc. v. Aqua-Chem, Inc., et al. |
| NCW | 1 | 08-490 | Timothy B. Grass, et al. v. Aqua-Chem, Inc., et al. |
| NCW | 1 | 08-491 | William C. Sturdivant, Jr., et al. v. Aqua-Chem, Inc., et al. |
| NCW | 1 | 08-493 | Sueann B. Setzer, et al. v. Aqua-Chem, Inc., et al. |
| NCW | 1 | 08-494 | Danny Ray Shepherd, et al. v. Aqua-Chem, Inc., et al. |
| NCW | 1 | 08-498 | Larry R. Robinette, et al. v. Aqua-Chem, Inc., et al. |
| NCW | 1 | 08-499 | Gary A. Cornelius, et al. v. Aqua-Chem, Inc., et al. |
| NCW | 1 | 08-500 | James F. Barker, et al. v. Aqua-Chem, Inc., et al. |
| NCW | 1 | 08-502 | Charles R. Bradshaw, et al. v. Aqua-Chem, Inc., et al. |
| NCW | 1 | 08-503 | Ronald K. Bridges, et al. v. Aqua-Chem, Inc., et al. |
| NCW | 1 | 08-504 | Joe Dean Byers v. Aqua-Chem, Inc., et al. |
| NCW | 1 | 08-505 | Robin G. Caskey, et al. v. Aqua-Chem, Inc., et al. |
| NCW | 1 | 08-506 | Tommy E. Cauthen, et al. v. Aqua-Chem, Inc., et al. |
| NCW | 1 | 08-508 | Leon W. Crocker, et al. v. Aqua-Chem, Inc., et al. |
| NCW | 1 | 08-509 | Jacob M. Dellinger, et al. v. Aqua-Chem, Inc., et al. |
| NCW | 1 | 08-511 | Timothy S. Dellinger, et al. v. Aqua-Chem, Inc., et al. |
| NCW | 1 | 08-512 | Eddie Ray Evans, et al. v. Aqua-Chem, Inc., et al. |
| NCW | 1 | 08-513 | Tony V. Lineberger, et al. v. Aqua-Chem, Inc., et al. |
| NCW | 1 | 08-514 | Coy B. Helms, et al. v. Aqua-Chem, Inc., et al. |
| NCW | 1 | 08-517 | Randy G. Mahaffey, et al. v. Aqua-Chem, Inc., et al. |
| NCW | 1 | 08-518 | Gary T. McGee, et al. v. Aqua-Chem, Inc., et al. |
| NCW | 1 | 08-522 | James Boyce Mitchem v. Aqua-Chem, Inc., et al. |
| NCW | 1 | 08-524 | Stanley B. Rucker, et al. v. Aqua-Chem, Inc., et al. |

**MDL No. 875 - Schedule CTO-318 Tag-Along Actions (Continued)**

NCW 1  08-525        Kenneth L. Rumfelt, et al. v. Aqua-Chem, Inc., et al.
NCW 1  08-527        Danny L. Setzer, et al. v. Aqua-Chem, Inc., et al.
NCW 1  08-528        Timothy A. Sheppard v. Aqua-Chem, Inc., et al.
NCW 1  08-529        Robert L. Witherspoon, et al. v. Aqua-Chem, Inc., et al.

NEW HAMPSHIRE
NH 1  08-458         Judith L. Jackson, etc. v. Metropolitan Life Insurance Co., et al.

NEW JERSEY
~~NJ 2 08-5112~~            ~~Francine Peluso v. Asbestos Corp., Ltd., et al.~~ **Opposed 1/26/09**

NEW YORK EASTERN
NYE 1  08-3221       Edward Kelchner v. A.W. Chesterton Co., Inc., et al.
NYE 1  08-3436       Mozelle Justice, etc. v. A.W. Chesterton Co., Inc., et al.

NEW YORK SOUTHERN
~~NYS 1 08-10228~~          ~~Michael Curry v. American Standard, Inc., et al.~~ **Opposed 1/14/09**

OHIO NORTHERN
OHN 1  08-10006      Willard E. Bartel, et al. v. A-C Product Liability Trust, et al.
OHN 1  08-10007      Willard E. Bartel, et al. v. A-C Product Liability Trust, et al.

OKLAHOMA NORTHERN
OKN 4  08-590        Donnis Lawson, etc. v. Burlington Northern & Santa Fe Railway
                     Co.

OREGON
~~OR 3 08-469~~             ~~Vivian L. Dunn, etc. v. B&P Process Equipment & Systems, LLC,~~
                     ~~et al.~~ **Opposed 1/26/09**

RHODE ISLAND
RI 1  05-252         Micheline Moore, etc., v. A.W. Chesterton Co., Inc., et al.
RI 1  05-253         Helen Docherty, etc. v. A.W. Chesteron Co., Inc., et al.
RI 1  08-472         Michael D. Beamis v. Buffalo Pumps, Inc.

SOUTH CAROLINA
SC 0  08-3356        James Monroe Scott, et al. v. Aqua-Chem, Inc., et al.
SC 0  08-3415        William T. Clinton, et al. v. Aqua-Chem, Inc., et al.
SC 0  08-3561        Robert S. Glenn, Jr., et al. v. Aqua-Chem, Inc., et al.

**MDL No. 875 - Schedule CTO-318 Tag-Along Actions (Continued)**

| SC | 0 | 08-3562 | Perry Littlejohn v. Aqua-Chem, Inc., et al. |
|---|---|---|---|
| SC | 0 | 08-3565 | James K. Lightsey, et al. v. Aqua-Chem, Inc., et al. |
| SC | 0 | 08-3566 | Tony D. Hamilton, et al. v. Aqua-Chem, Inc., et al. |
| SC | 0 | 08-3730 | Gardy F. Oliver, Jr., et al. v. Aqua-Chem, Inc., et al. |
| SC | 0 | 08-3738 | Donald W. Ligon, et al. v. Aqua-Chem, Inc., et al. |
| SC | 0 | 08-3739 | Ronald E. Parham, et al. v. Aqua-Chem, Inc., et al. |
| SC | 2 | 08-3759 | Madge L. Pittman, etc. v. Owens-Illinois, Inc., et al. |
| SC | 7 | 08-3736 | Boyd Holcomb, et al. v. Aqua-Chem, Inc., et al. |
| SC | 7 | 08-3741 | Michael E. Parker, et al. v. Aqua-Chem, Inc., et al. |
| SC | 7 | 08-4096 | Bill Bailey, etc. v. Aqua-Chem Inc., et al. |
| SC | 8 | 08-3357 | Odell C. Weaver, et al. v. Aqua-Chem, Inc., et al. |
| SC | 8 | 08-3362 | Teresa H. Dale, et al. v. Aqua-Chem, Inc., et al. |
| SC | 8 | 08-3416 | Selma F. Whitfield, et al. v. Aqua-Chem, Inc., et al. |
| SC | 8 | 08-3420 | Shirley C. Harden, et al. v. Aqua-Chem, Inc., et al. |
| SC | 8 | 08-3424 | James Kenneth Black, et al. v. Aqua-Chem, Inc., et al. |
| SC | 8 | 08-3446 | Charles D. Crisp, et al. v. Aqua-Chem, Inc., et al. |
| SC | 8 | 08-3448 | John Michael Ashley, et al. v. Aqua-Chem, Inc., et al. |
| SC | 8 | 08-3560 | Larry M. Parker, et al. v. Aqua-Chem, Inc., et al. |

TENNESSEE EASTERN

~~TNE 3 08-368~~ ~~Angie Smiddy, etc. v. Alcoa, Inc.~~ **Opposed 1/26/09**

UTAH

~~UT 2 08-630~~ ~~Ronnie Smith, et al. v. Ford Motor Co., et al.~~ **Opposed 1/27/09**

VIRGINIA EASTERN

| VAE | 2 | 08-9368 | Eugene L. Beckerle v. American Standard, Inc., et al. |
|---|---|---|---|
| VAE | 2 | 08-9369 | Jesus Marquez v. American Standard, Inc., et al. |
| VAE | 2 | 08-9370 | Orlando Sanchez v. American Standard, Inc., et al. |
| VAE | 2 | 08-9371 | Albert W. Anderson v. American Standard, Inc., et al. |
| VAE | 2 | 08-9372 | Hjalner E. Nygard v. American Standard, Inc., et al. |
| VAE | 2 | 08-9373 | Johnny A. O'Neal, Jr. v. American Standard, Inc., et al. |
| VAE | 2 | 08-9374 | Robert A. Smith v. American Standard, Inc., et al. |
| VAE | 2 | 08-9375 | Robert Lee Zamora v. American Standard, Inc., et al. |
| VAE | 2 | 08-9377 | Michael E. Sanders v. American Standard, Inc., et al. |
| VAE | 2 | 08-9430 | Dennis R. Callihan v. American Standard, Inc., et al. |
| VAE | 2 | 08-9431 | Walter V. Ward v. American Standard, Inc., et al. |
| VAE | 2 | 08-9432 | William H. Monroe, Jr., etc. (George H. Heckman, Jr.) v. American Standard, Inc., et al. |
| VAE | 2 | 08-9433 | Donald L. Hardsaw, Sr. v. American Standard, Inc., et al. |

**MDL No. 875 - Schedule CTO-318 Tag-Along Actions (Continued)**

| | | |
|---|---|---|
| VAE 2 | 08-9434 | Emmett Kirtley v. American Standard, Inc., et al. |
| VAE 2 | 08-9435 | Pete A. Ortega v. American Standard, Inc., et al. |
| VAE 2 | 08-9452 | Roger K. Bergholz v. American Standard, Inc., et al. |
| VAE 2 | 08-9453 | Ronald M. Elde v. American Standard, Inc., et al. |
| VAE 2 | 08-9454 | Arthur J. Demasi v. American Standard, Inc., et al. |
| VAE 2 | 08-9455 | Raymond E. Ficklin v. American Standard, Inc., et al. |
| VAE 2 | 08-9456 | Richard L. Adams v. American Standard, Inc., et al. |
| VAE 2 | 08-9457 | Dennis Brown v. American Standard, Inc., et al. |
| VAE 2 | 08-9458 | Donald F. Carroll, et al. v. The Budd Co., et al. |
| VAE 2 | 08-9459 | Larry Dixon v. American Standard, Inc., et al. |
| VAE 2 | 08-9460 | Francis G. Gross v. American Standard, Inc., et al. |
| VAE 2 | 08-9461 | James H. Hasenfuss v. American Standard, Inc., et al. |
| VAE 2 | 08-9462 | John R. Hastings, Sr. v. American Standard, Inc., et al. |
| VAE 2 | 08-9463 | Alfred A. Haugen v. American Standard, Inc., et al. |
| VAE 2 | 08-9464 | Francis J. Hedstrom v. American Standard, Inc., et al. |
| VAE 2 | 08-9465 | Jay R. Hutton v. American Standard, Inc., et al. |
| VAE 2 | 08-9466 | Edward L. Lee v. American Standard, Inc., et al. |
| VAE 2 | 08-9467 | Jack H. Lester v. American Standard, Inc., et al. |
| VAE 2 | 08-9468 | Raymond C. Martin v. American Standard, Inc., et al. |
| VAE 2 | 08-9469 | Harold B. Martinson v. American Standard, Inc., et al. |
| VAE 2 | 08-9470 | Thomas C. McDougall v. American Standard, Inc., et al. |
| VAE 4 | 08-3247 | Robert Irving Armistead v. 3M Business Products Sales, Inc., et al. |

VIRGIN ISLANDS

| | | |
|---|---|---|
| VI 1 | 08-54 | Gabriel Alexander v. St. Croix Alumina, LLC, et al. |
| VI 1 | 08-55 | Theodore Simon v. St. Croix Alumina, LLC, et al. |

MICHAEL E. KUNZ
CLERK'S OFFICE
CLERK OF COURT

# E-filing

ROOM 2609
(267) 299-7018

UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF PENNSYLVANIA
U.S. COURT HOUSE
601 MARKET STREET
PHILADELPHIA 19106-1797

**RECEIVED**

FFR 1 0 2009

RICHARD W. WIEKING
CLERK, U.S. DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA

IN RE:    ASBESTOS PRODUCTS LIABILITY LITIGATION
MDL 875
**CA-N, Div. 3- See Attached Schedule**

Dear Clerk:

The enclosed certified copy of a Conditional Transfer Order (CTO-318) from the Judicial Panel is being sent to you regarding the involved action(s) listed on the attached schedule. These case(s) have been properly identified as multi district litigation asbestos cases.

## **\*\*PLEASE DO NOT FORWARD ANY OF THE RECORD OR ANY DOCUMENTS TO OUR COURT. WE ALSO DO NOT NEED A COPY OF THE DOCKET OR THIS ORDER RETURNED TO OUR COURT.\*\***

This copy is information for your court's records. We will extract your case from the pacer website; you are not required to forward any documents from your court's records. We are in the process of assigning new case numbers and all future docketing will be conducted in our court. A Transfer Order and Case Log will be sent to your Clerk. If you have any questions please contact me at (267) 299-7018.

Sincerely,

MICHAEL E. KUNZ
Clerk of Court

Tom Dempsey

Tom Dempsey
MDL Docketing Clerk

Enclosure