ALAN R. BRAYTON, ESQ., CA S.B. #73685
DAVID R. DONADIO, ESQ., CA S.B. #154436
Email: DDonadio@braytonlaw.com
BRAYTON�ademPURCELL LLP
Attorneys at Law
222 Rush Landing Road
P.O. Box 6169
Novato, California 94948-6169
(415) 898-1555
(415)898-1247 (Facsimile)

Attorneys for Plaintiffs

# UNITED STATES DISTRICT COURT

# NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| CLEO ANN CONNER, as Wrongful Death Heir, and as Successor-in-Interest to ROBERT CONNER, Deceased, *et al.*,<br><br>Plaintiffs,<br><br>vs.<br><br>GENERAL ELECTRIC COMPANY, *et al.*,<br><br>Defendants. | Case No. 3:08-cv-04926-EDL<br><br>**REQUEST FOR DISMISSAL OF DEFENDANT GENERAL ELECTRIC COMPANY, WITHOUT PREJUDICE; ORDER**<br><br>This document relates to:<br><br>*Cleo Ann Conner, et al.,v. General Electric Company.,et al.*, United States District Court, Eastern District of Pennsylvania, Case No. 2:09-cv-63702-ER |

The parties request this Court dismiss defendant GENERAL ELECTRIC COMPANY from this action without prejudice. Each party to bear its own fees and costs.

///
///
///
///

1
REQUEST FOR DISMISSAL OF DEFENDANT GENERAL ELECTRIC COMPANY, WITHOUT PREJUDICE;
ORDER, Case No. 3:08-cv-04926-EDL

| | | |
|---|---|---|
| 1 | Dated: August 27, 2012 | BRAYTON❖PURCELL LLP |
| | | |
| | | By: /s/ David R. Donadio |
| | | DAVID R. DONADIO, ESQ., CA S.B. #154436 |
| | | Email: DDonadio@braytonlaw.com |
| | | Tel: (415) 898-1555 |
| | | Fax: (415) 898-1247 |
| | | Attorneys for Plaintiffs |
| | | |
| 10 | Dated: 8/27/12 | WALSWORTH, FRANKLIN, BEVINS & McCALL, LLP |
| | | |
| | | By: [signature] |
| | | DEREK S. JOHNSON |
| | | Attorneys for Defendant |
| | | GENERAL ELECTRIC COMPANY |
| | | |
| 18 | Dated: August 29, 2012 | SO ORDERED: |
| | | |
| | | [signature] Elizabeth D. Laporte |
| | | United States ~~District Court~~ Judge Magistrate |

2

REQUEST FOR DISMISSAL OF DEFENDANT GENERAL ELECTRIC COMPANY, WITHOUT PREJUDICE; ORDER, Case No. 3:08-cv-04926-EDL